UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CHICAGO DIVISION

| In re | Case No. 13-46400 |
|---|---|
| LIAQUAT HUSSAIN | Chapter 13 |
| | **NOTICE OF SATISFACTION OF PROOF OF CLAIM # 2** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 4/22/2014, and assigned as Claim number 2 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 2 should cease at this time.

Dated: December 15, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ John R Callison
John R Callison
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

- 1 -

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the \_15\_ day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
LIAQUAT HUSSAIN
1051 RIDGEVIEW DRIVE
INVERNESS, IL 60010

**Debtors' Attorney**
MOHAMMED O BADWAN
900 JORIE BLVD STE 150
OAK BROOK, IL 60523

**Chapter 13 Trustee**
TOM VAUGHN
55 E MONROE ST STE 3850
CHICAGO, IL 60603

/s/ John R Callison
John R Callison