B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–46400**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Liaquat Hussain
   1051 Ridgeview Drive
   Inverness, IL 60010

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9929

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>October 20, 2015</u>    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-46400-CAD
Liaquat Hussain                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Oct 20, 2015
                              Form ID: b18w            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2015.
```
db              +Liaquat Hussain,    1051 Ridgeview Drive,    Inverness, IL 60010-5339
21285106        +Alliance Laboratory Physicians,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3361
21285107        +American Express,   PO Box 1000,    Los Angeles, CA 90001-1000
21285109       #+American Property Management of IL,    PO Box 66407,    Chicago, IL 60666-0407
21285110        +American Property Management of IL,    1251 N. Plum Grove Road, Suite 140,
                  Schaumburg, IL 60173-5603
21837526         Bayview Loan Servicing, LLC,    M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
21285113        +Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
                  Iselin, NY 08830-2710
21285114        +Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6921
21285115        +Creekside Estates of Inverness Ridge,    c/o American Property Management of IL,
                  1132 Ashley Lane,    Barrington, IL 60010-5343
21285116         Creekside Estates of Inverness Ridge,    c/o American Property Management of IL,
                  750 Lake County Road, #350,    Buffalo Grove, IL 60089
21285117         Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21285118        +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21832636        +JPMorgan Chase Bank, N.A.,    Chase Records Center,    700 Kansas Lane,    Monroe, LA 71203-4774
21285121        +Munera Hussain,    1051 Ridgeview Drive,    Inverness, IL 60010-5339
21285123        +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21285108        +EDI: BECKLEE.COM Oct 21 2015 01:13:00      American Express *,    c/o Becket & Lee,
                  P.O. Box 3001,    Malvern, PA 19355-0701
21666001         EDI: BECKLEE.COM Oct 21 2015 01:13:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
21285111        +EDI: BANKAMER2.COM Oct 21 2015 01:13:00      Bank Of America, N.A. *,    401 N. Tryon Street,
                  NC1-021-02-20,    Charlotte, NC 28255-0001
21285112        +EDI: CHASE.COM Oct 21 2015 01:13:00      Chase *,    ATTN:  Bankruptcy Department,
                  P.O. Box 15298,    Wilmington, DE 19850-5298
21285119        +EDI: CHASE.COM Oct 21 2015 01:13:00      JPMorgan Chase,    270 Park Avenue,
                  New York, NY 10017-2014
21285120        +E-mail/Text: ndaily@ksnlaw.com Oct 21 2015 01:42:47      Kovitz Shifrin Nesbit,
                  750 Lake Cook Road, #350,    Buffalo Grove, IL 60089-2086
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21285122       ##+Oac,   Po Box 371100,    Milwaukee, WI 53237-2200
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
```
              Crystal V Sava    on behalf of Creditor    JPMorgan Chase Bank, N.A. ccaceres@alolawgroup.com,
               bankruptcy@alolawgroup.com
              Joel P Fonferko    on behalf of Creditor    Bayview Loan Servicing, LLC ND-One@il.cslegal.com
```

```
District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Oct 20, 2015
                              Form ID: b18w            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jonathan D Nusgart    on behalf of Creditor    JPMorgan Chase Bank, N.A. nusgart@lawyer.com,
               nusgart@lawyer.com
              Mohammed O Badwan    on behalf of Debtor Liaquat  Hussain mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Nisha B Parikh    on behalf of Creditor    JPMorgan Chase Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    Bayview Loan Servicing, LLC ND-Two@il.cslegal.com
              Ronald J. Kapustka    on behalf of Creditor    Estates at Inverness Ridge Master Association
               ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 9